IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HUEY KELLY, <br> INDIVIDUALLY AND ON BEHALF <br> OF ALL OTHERS SIMILARLY <br> SITUATED | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | FLSA Collective Action Pursuant to <br> 29 U.S.C. § 216(b) |
| VS. | § <br> § <br> § | CIVIL ACTION NO.  2:16-CV-01277 <br> JURY DEMANDED |
| PACKERS SANITATION SERVICES, <br> INC., LTD. | § <br> § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this the 5th day of March, 2018, came on for consideration the Joint Motion to Dismiss with Prejudice in the above-styled and numbered cause. The Court, after considering said Motion, announced that it was of the opinion that said Motion should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss with Prejudice is hereby in all things GRANTED.

**SIGNED this 5th day of March, 2018.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE